```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2748
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. 2:08-CR-0159
                                 )
12                   Plaintiff,  )  VIOLATIONS: 18 U.S.C. §
                                 )  2423(a) - Interstate Travel of
13       v.                      )  a Minor With the Intent of
                                 )  Engaging in Criminal Sexual
14  DAVID ANTHONY FABOO,         )  Activity; 18 U.S.C. § 2422(b) -
                                 )  Interstate Communications to
15                   Defendant.  )  Entice Minor to Engage in
                                 )  Illegal Sexual Act
16                               )
                                 )
17  _____)
18
19                    I N D I C T M E N T
20  COUNT ONE:  [18 U.S.C. § 2423(a) - Interstate Travel of
                a Minor With the Intent of Engaging in Criminal
21              Sexual Activity]
22       The Grand Jury charges:  T H A T
23                   DAVID ANTHONY FABOO,
24  defendant herein, on or about February 24, 2008, date being
25  approximate, starting in or near Wheatland, State and Eastern
26  District of California, and ending near Grant's Pass in the State
27  and District of Oregon, did knowingly transport a minor known to
28  the Grand Jury and identified as Victim 1, in interstate commerce
```




FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1

1 with the intent that Victim 1 engage in any sexual activity, for
2 which any person can be charged with a criminal offense,
3 including but not limited to California Penal Code Section
4 261.5(c), all in violation of Title 18, United States Code,
5 Section 2423(a).

6 COUNT TWO: [18 U.S.C. §§ 2422(b) - Interstate Communications to Entice Minor to Engage in Illegal Sexual Act]

8     The Grand Jury charges: T H A T

9               DAVID ANTHONY FABOO,

10 defendant herein, between on or about February 14, 2008, and on
11 or about February 24, 2008, dates being approximate, in the State
12 and Eastern District of California, and elsewhere, did knowingly
13 use a facility and means of interstate commerce, to wit: the
14 Internet and a cellular telephone, to persuade, induce, and
15 entice a person who had not attained the age of 18 years, to
16 engage in sexual activity for which a person could be charged
17 with a criminal offense, including but not limited to California
18 Penal Code Section 261.5(c), and attempted to do so, all in
19 violation of Title 18, United States Code, Section 2422(b).

20                                 A TRUE BILL.



                                /s/ Signature on file w/AUSA

22                                 FOREPERSON

23 /s/

24 McGREGOR W. SCOTT
United States Attorney

2

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### DAVID ANTHONY FABOO

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2423 (a) - Interstate Travel of a Minor With the Intent of Engaging in Criminal Sexual Activity; 18 U.S.C. § 2422 (b) - Interstate Communications to Entice Minor to Engage in Illegal Sexual Act

*A true bill,*

/S/

_____
*Foreman.*

*Filed in open court this* ___3rd___ *day*

*of* ___April___, *A.D. 20* _08_

_____
*Clerk.*

*Bail, $* **WARRANT: NO BAIL PENDING HEARING**

Dale A. Drozd

# Penalty Slip
# David Anthony Faboo

## COUNT 1
VIOLATION: 18 U.S.C. § 2423(a) - Interstate Travel of a Minor With the Intent of Engaging in Criminal Sexual Activity

PENALTY: NLT 10 Years Imprisonment or up to Life Imprisonment
NMT $250,000 Fine
TSR - NLT 5 Years or up to Life

## COUNT 2
VIOLATION: 18 U.S.C. § 2422(b) - Interstate Communications to Entice Minor to Engage in Illegal Sexual Act

PENALTY: NLT 10 Years Imprisonment or up to Life Imprisonment
NMT $250,000 Fine
TSR - NLT 5 Years or up to Life

**Special Assessment:** $100 each count

2:08-CR-0159 LRK