DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ANTHONY FABOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-159-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE BAIL REVIEW HEARING** |
| v. | ) | **AND EXCLUDE TIME** |
| | ) | |
| DAVID ANTHONY FABOO, | ) | |
| | ) | DATE: April 17, 2008 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |

   IT IS HEREBY STIPULATED and agreed between defendant, DAVID ANTHONY FABOO, and plaintiff, United States of America, by and through their attorneys, that the bail review hearing presently scheduled for April 17, 2008, may be continued one week to April 24, 2008 at 2:00 p.m.

   The government has provided some discovery, which defense counsel is reviewing with Mr. Faboo. Also, before the hearing is held, defense counsel would like additional time to conduct brief investigation and to determine whether any assets are available to post for bond. Accordingly, the parties agree that good cause exists to delay the hearing an additional week. The parties

1

therefore agree to continue the bail review hearing until April 24, 2008 at 2:00 p.m., with Mr. Faboo's consent, agreeing that Mr. Faboo's absence and the need for further investigation constitute good cause within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time under the Speedy Trial Act is excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford the parties reasonable additional time to prepare.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: April 16, 2008      /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for DAVID ANTHONY FABOO

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: April 16, 2008      /s/ T. Zindel for R. Carlberg
                                      RUSSELL CARLBERG
                                      Assistant U.S. Attorney

## O R D E R

    The bail review hearing is continued to April 24, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded for the reasons set forth above.

    IT IS SO ORDERED.

DATED: April 16, 2008.

                                        */s/ Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/faboo0159.stipord