DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID FABOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00159 LKK |
| ) Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | |
| DAVID FABOO, ) | |
| ) | |
| Defendant. ) | |
| ) | Date:  May 6, 2008 |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

A status conference was held May 6, 2008.  At the request of the parties, the Court scheduled a further status conference for June 17, 2008, at 9:30 a.m., and ordered time excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(A) and (B)(iv) or Local Code T4) to afford the parties adequate time to complete discovery.

IT IS SO ORDERED.

Dated:  May 23, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT