DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ANTHONY FABOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-159 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| DAVID ANTHONY FABOO, ) | |
| ) | Date:  June 17, 2008 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David Anthony Faboo, through their respective attorneys, that the status conference presently scheduled for June 17, 2008, may be continued to August 12, 2008, at 9:30 a.m.

   Counsel for the government is continuing to assemble extensive new discovery in the case, including computer materials.  The defense seeks time to review these materials, conduct investigation and research, and determine the future course of action, including the possibility of pretrial motions.  To afford time to complete necessary tasks, the parties

1  agree that time under the Speedy Trial Act may be excluded through August
2  12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code
3  T4).

4                                       Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender

7  Dated:  June 13, 2008                /s/ T. Zindel
                                        TIMOTHY ZINDEL
8                                       Assistant Federal Defender
                                        Attorney for DAVID A. FABOO

10                                      McGREGOR SCOTT
                                        United States Attorney

12 Dated:  June 13, 2008                /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
13                                      Assistant U.S. Attorney

15                                   **O R D E R**

16     The status conference is continued to August 12, 2008, at 9:30 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel reasonable time to prepare.
19 Based on the parties' representations, the Court finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.
22     IT IS SO ORDERED.

24 Dated: June 16, 2008

                                        _____
25                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
26                                      UNITED STATES DISTRICT COURT

Stip & Order                           -2-