McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-CR-159 LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND PROTECTIVE ORDER |
| | ) RE:  DISSEMINATION OF DISCOVERY |
| v. | ) DOCUMENTS CONTAINING MINOR NAMES |
| | ) AND PERSONAL IDENTIFYING |
| DAVID ANTHONY FABOO, | ) INFORMATION |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America, and Timothy Zindel, attorney for defendant David Anthony Faboo, that the documents provided as discovery in this case to defense counsel which contain minor names, their email addresses, and their telephone numbers, are subject to a Protective Order and that by signing this Stipulation and Protective Order counsel agrees not to share any such documents that contain minor names, their email addresses, and their telephone numbers with anyone other than defense counsel and his designated defense investigators and

support staff.

Defense counsel may permit the defendant to view the documents in the presence of his or her attorney or defense investigators, so long as defense counsel and the defense investigators do not allow the defendant to copy minor names, their email addresses, and their telephone numbers contained in the discovery, and defense counsel and the defense investigators do not allow the defendant to retain copies of these records.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: July 10, 2008         /s/ Timothy Zindel
                            TIMOTHY ZINDEL
                            Attorney for DAVID ANTHONY FABOO


DATE: July 10, 2008         McGREGOR W. SCOTT
                            United States Attorney


                      By:   /s/ Russell L. Carlberg
                            RUSSELL L. CARLBERG
                            Assistant U.S. Attorney

**IT IS SO ORDERED**:

DATED:  July 11, 2008.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE