1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   DAVID ANTHONY FABOO

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,   )   No. 2:08-CR-159 LKK
                               )
14            Plaintiff,       )   **STIPULATION AND ORDER**
                               )   **CONTINUING STATUS CONFERENCE**
15       v.                    )   **AND EXCLUDING TIME**
                               )
16 DAVID ANTHONY FABOO,        )
                               )   Date: September 30, 2008
17            Defendant.       )   Time: 9:30 a.m.
                               )   Judge: Hon. Lawrence K. Karlton
18 _____)

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, David Anthony Faboo, through their respective
22 attorneys, that the status conference presently scheduled for August 12,
23 2008, may be continued to September 30, 2008, at 9:30 a.m.
24      Defense counsel seeks additional time to review recently-received
25 discovery and to investigate. The parties agree that time under the
26 ///
27 ///
28 ///

1  Speedy Trial Act may be excluded through September 30, 2008, pursuant to
2  18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).
3
4                                        Respectfully submitted,
5                                        DANIEL J. BRODERICK
                                         Federal Defender
6
7  Dated:   August 8, 2008               /s/ T. Zindel
                                         TIMOTHY ZINDEL
8                                        Assistant Federal Defender
                                         Attorney for DAVID A. FABOO
9
10                                       McGREGOR SCOTT
                                         United States Attorney
11
12 Dated:   August 8, 2008               /s/ T. Zindel for R. Carlberg
                                         RUSSELL CARLBERG
13                                       Assistant U.S. Attorney
14
15                                **O R D E R**

16      The status conference is continued to September 30, 2008, at 9:30
17 a.m.  The Court finds that time under the Speedy Trial Act shall be
18 excluded through that date in order to afford counsel reasonable time to
19 prepare.  Based on the parties' representations, the Court finds that the
20 ends of justice served by granting a continuance outweigh the best
21 interests of the public and the defendant in a speedy trial.
22      IT IS SO ORDERED.
23
24 Dated: August 11, 2008
25
26                                       /s/ Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
27                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
28

Stip & Order                             -2-