1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    DAVID ANTHONY FABOO

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       )   No. 2:08-CR-159 LKK
                                    )
14             Plaintiff,           )   **STIPULATION AND ORDER**
                                    )   **CONTINUING STATUS CONFERENCE**
15       v.                         )   **AND EXCLUDING TIME**
                                    )
16  DAVID ANTHONY FABOO,            )
                                    )   Date:  September 30, 2008
17             Defendant.           )   Time:  9:15 a.m.
                                    )   Judge: Hon. Lawrence K. Karlton
18  _____ )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, David Anthony Faboo, through their respective

22  attorneys, that the status conference presently scheduled for September

23  30, 2008, may be continued to November 17, 2008, at 1:30 p.m.

24       Defense counsel seeks additional time to review recently-received

25  discovery and  to investigate.  The parties agree that time under the

26  ///

27  ///

28  ///

1   Speedy Trial Act may be excluded through November 17, 2008, pursuant to

2   18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3

4                                   Respectfully submitted,

5                                   DANIEL J. BRODERICK
                                    Federal Defender
6

7   Dated: September 24, 2008       /s/ T. Zindel
                                    TIMOTHY ZINDEL
8                                   Assistant Federal Defender
                                    Attorney for DAVID A. FABOO
9

10                                  McGREGOR SCOTT
                                    United States Attorney
11

12  Dated: September 24, 2008       /s/ T. Zindel for R. Carlberg
                                    RUSSELL CARLBERG
13                                  Assistant U.S. Attorney

14

15                               O R D E R

16      The status conference is continued to November 17, 2008, at 1:30

17  p.m.   The Court finds that time under the Speedy Trial Act shall be

18  excluded through that date in order to afford counsel reasonable time to

19  prepare.  Based on the parties' representations, the Court finds that the

20  ends of justice served by granting a continuance outweigh the best

21  interests of the public and the defendant in a speedy trial.

22      IT IS SO ORDERED.

23

24  Dated: September 25, 2008

25

26                                  LAWRENCE K. KARLTON
27                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
28