1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   DAVID ANTHONY FABOO

9               IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,      )   No. 2:08-CR-159 LKK
                                  )
14             Plaintiff,         )   **STIPULATION AND ORDER**
                                  )   **CONTINUING STATUS CONFERENCE**
15       v.                       )   **AND EXCLUDING TIME**
                                  )
16 DAVID ANTHONY FABOO,           )
                                  )   Date: November 17, 2008
17             Defendant.         )   Time: 1:30 p.m.
                                  )   Judge: Hon. Lawrence K. Karlton
18 _____)

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, David Anthony Faboo, through their respective
22 attorneys, that the status conference presently scheduled for November 17,
23 2008, may be continued to December 16, 2008, at 9:15 a.m.
24      Defense counsel seeks additional time to review recently-received
25 discovery and to investigate. The parties agree that time under the
26 ///
27 ///
28 ///

1  Speedy Trial Act may be excluded through December 16, 2008, pursuant to
2  18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: November 13, 2008        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DAVID A. FABOO

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: November 13, 2008        /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to December 16, 2008, at 9:15 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 14, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order                           -2-