1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DAVID ANTHONY FABOO
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )   No. 2:08-CR-159 LKK
                                )
14          Plaintiff,          )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS CONFERENCE**
15     v.                       )   **AND EXCLUDING TIME**
                                )
16 DAVID ANTHONY FABOO,         )
                                )   Date:  December 16, 2008
17          Defendant.          )   Time:  1:30 p.m.
                                )   Judge: Hon. Lawrence K. Karlton
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, David Anthony Faboo, through their respective
22 attorneys, that the status conference presently scheduled for December 16,
23 2008, may be continued to February 3, 2009, at 9:15 a.m.
24     Defense counsel seeks additional time to review recently-received
25 discovery and  to investigate.  The parties agree that time under the
26 ///
27 ///
28 ///

1  Speedy Trial Act may be excluded through February 3, 2009, pursuant to 18
2  U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

7  Dated: December 12, 2008            /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DAVID A. FABOO

                                        McGREGOR SCOTT
                                        United States Attorney

12 Dated: December 12, 2008            /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 3, 2009, at 9:15 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: December 11, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip & Order                           -2-