DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ANTHONY FABOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-159 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| DAVID ANTHONY FABOO, | Date: February 6, 2009 |
| Defendant. | Time: 1:30 p.m. |
| | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David Anthony Faboo, through their respective attorneys, that the status conference presently scheduled for February 6, 2009, may be continued to April 14, 2009, at 9:15 a.m.

Defense counsel seeks additional time to review recently-received discovery and to investigate. The defense is preparing a detailed account of electronic and other messages between persons involved in the case, which the defense believes is necessary to determine whether and how to resolve the case. This process is likely to take several weeks. In addition, defense counsel will be unavailable from February 24 through

1 March because of a jury trial.  Accordingly, the parties agree that time
2 under the Speedy Trial Act should be excluded through April 14, 2009,
3 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4), to
4 afford necessary preparation time and assure continuity of counsel.

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  February 4, 2009      /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DAVID A. FABOO

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated:  February 4, 2009      /s/ T. Zindel for R. Carlberg
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney

## O R D E R

17     The status conference is continued to April 14, 2009, at 9:15 a.m.
18 Time under the Speedy Trial Act shall be excluded through that date in
19 order to afford reasonable time to prepare and to assure continuity of
20 counsel.  Based on the parties' representations, the Court finds that the
21 ends of justice served by granting a continuance outweigh the best
22 interests of the public and the defendant in a speedy trial.
23     IT IS SO ORDERED.

Dated:  February 5, 2009

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT