1   DANIEL J. BRODERICK, Bar #89424
Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3   801 I Street, 3rd Floor
Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
DAVID ANTHONY FABOO

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,   )   No. 2:08-CR-159 LKK
                         )
14            Plaintiff,   )   **STIPULATION AND ORDER**
                         )   **CONTINUING STATUS CONFERENCE**
15     v.              )   **AND EXCLUDING TIME**
                         )
16   DAVID ANTHONY FABOO,      )
                         )   Date:  April 14, 2009
17           Defendant.   )   Time:  9:15 a.m.
                         )   Judge: Hon. Lawrence K. Karlton
18   _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21   of America, and defendant, David Anthony Faboo, through their respective

22   attorneys, that the status conference presently scheduled for April 14,

23   2009, may be continued to June 9, 2009, at 9:15 a.m.

24      Defense counsel seeks additional time to review recently-received

25   discovery and to investigate. Also, defense counsel is in a complex jury

26   trial during April and May. Accordingly, the parties agree that time

27   under the Speedy Trial Act should be excluded through June 9, 2009,

28   ///

pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4), to afford necessary preparation time and assure continuity of counsel.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  April 8, 2009          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DAVID A. FABOO


LAWRENCE G. BROWN
Acting United States Attorney

Dated:  April 8, 2009          /s/ T. Zindel for R. Carlberg
                                RUSSELL CARLBERG
                                Assistant U.S. Attorney



**O R D E R**

The status conference is continued to June 9, 2009, at 9:15 a.m. Time under the Speedy Trial Act shall be excluded through that date in order to afford reasonable time to prepare and to assure continuity of counsel.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated:  April 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT