```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DAVID ANTHONY FABOO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-159 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| DAVID ANTHONY FABOO, | ) | |
| | ) | Date:  June 9, 2009 |
| Defendant. | ) | Time:  9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David Anthony Faboo, through their respective attorneys, that the status conference presently scheduled for June 9, 2009, may be continued to August 11, 2009, at 9:15 a.m.

    Defense counsel seeks additional time to review recently-received discovery and to investigate. Also, defense counsel is in a complex jury trial during June. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded through August 11, 2009, pursuant

///

to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), to afford necessary preparation time and assure continuity of counsel.

```
                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


Dated:   June 3, 2009           /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DAVID A. FABOO


                                LAWRENCE G. BROWN
                                Acting United States Attorney


Dated:   June 3, 2009           /s/ T. Zindel for R. Carlberg
                                RUSSELL CARLBERG
                                Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to August 11, 2009, at 9:15 a.m. Time under the Speedy Trial Act shall be excluded through that date in order to afford reasonable time to prepare and to assure continuity of counsel. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   June 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT