DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ANTHONY FABOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-159 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| DAVID ANTHONY FABOO, ) | |
| ) | Date: August 11, 2009 |
| Defendant. ) | Time: 9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David Anthony Faboo, through their respective attorneys, that the status conference presently scheduled for August 11, 2009, may be continued to September 15, 2009, at 9:15 a.m.

    Defense counsel has yet to complete his analysis of some very difficult discovery, which involves recreating electronic conversations. Meanwhile, counsel for the parties have also begin to discuss a possible resolution of the case that will be favorable to both sides. So that these tasks may be completed, the parties agree that time under the Speedy

1  Trial Act should be excluded through September 15, 2009, pursuant to 18
2  U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
3                                         Respectfully submitted,
4                                         DANIEL J. BRODERICK
                                          Federal Defender
5
6  Dated:   August 7, 2009      /s/ T. Zindel
                                TIMOTHY ZINDEL
7                               Assistant Federal Defender
                                Attorney for DAVID A. FABOO
8
9                                         LAWRENCE G. BROWN
                                          Acting United States Attorney
10
11 Dated:   August 7, 2009      /s/ T. Zindel for R. Carlberg
                                RUSSELL CARLBERG
12                              Assistant U.S. Attorney
13

## O R D E R

15      The status conference is continued to September 15, 2009, at 9:15
16 a.m.  Time under the Speedy Trial Act shall be excluded through that date
17 in order to afford reasonable time to prepare and to assure continuity of
18 counsel.  Based on the parties' representations, the Court finds that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22
23 Dated:   August 11, 2009

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

Stip & Order                    -2-