```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DAVID FABOO
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-00159 LKK |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER AFTER HEARING** |
| v. | ) |
| DAVID FABOO, | ) |
| Defendant. | ) |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

A status conference was held Setember 15, 2009, at which time the following dates were set by agreement of the parties:

| | |
|---|---|
| Pretrial motions due | October 13, 2009 |
| Opposition due | October 27, 2009 |
| Reply briefs due | November 3, 2009 |
| Motions hearing | November 10, 2009, at 9:15 a.m. |
| Trial confirmation hearing | January 26, 2010 |
| Jury trial | February 17, 20010 |

At the request of defendant, the Court ordered time excluded under the

1  Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)(iv) or Local Code T4)
2  through the trial date to afford time to complete preparation for trial.
3       IT IS SO ORDERED.

5  Dated: October 2, 2009

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Order after hearing                    -2-