1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DAVID FABOO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:08-CR-00159 LKK
                                  )
12              Plaintiff,        )
                                  ) **ORDER AFTER HEARING**
13      v.                        ) (proposed)
                                  )
14 DAVID FABOO,                   )
                                  )
15              Defendant.        )
                                  ) Judge: Hon. Lawrence K. Karlton
16 _____)

17

18      At a hearing on January 26, 2010, the Court vacated the jury trial
19 date (February 17, 2010) and scheduled a status conference for February
20 23, 2010, to afford the parties time to negotiate a proposed resolution.
21 At the request of the parties, the Court ordered time excluded under the
22 Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) through February
23 23, 2010, to afford both counsel reasonable time to prepare.

24      IT IS SO ORDERED.

25

26 Dated:  January 27, 2010

27
                                    LAWRENCE K. KARLTON
28                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT