```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DAVID ANTHONY FABOO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-159 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| DAVID ANTHONY FABOO, | ) | Date: March 16, 2010 |
| Defendant. | ) | Time: 9:15 a.m. |
|  | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David Anthony Faboo, through their respective attorneys, that the status conference presently scheduled for March 16, 2010, may be continued to April 27, 2009, at 9:15 a.m.

Defense counsel is re-reviewing materials provided in discovery and the parties are continuing to discuss possible resolutions of the case. However, defense counsel will be out of the country from March 18 to April 10, 2010. In order to afford continuity of defense counsel and additional reasonable preparation time, the parties agree that time under the Speedy

1  Trial Act should be excluded through April 27, 2010, pursuant to 18 U.S.C.
2  § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   March 11, 2010                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DAVID A. FABOO


                                        BENJAMIN B. WAGNER
                                        Acting United States Attorney


Dated:   March 11, 2010                 /s/ T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney



**O R D E R**

The status conference is continued to April 27, 2010, at 9:15 a.m. Time under the Speedy Trial Act shall be excluded through that date in order to afford reasonable time to prepare and to assure continuity of counsel. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated:   March 15, 2010

                                        /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip & Order                            -2-