DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID FABOO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00159 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| DAVID FABOO, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

At a hearing on April 27, 2010, the Court scheduled jury trial for November 16, 2010, at 10:30 a.m., and scheduled a Trial Confirmation Hearing for October 26, 2010, at 9:15 a.m. At the request of the parties, the Court ordered time excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) through November 16, 2010, to afford counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: May 11, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT