# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| Change of Plea in <u>United States v. David Anthony Faboo</u>, Cr. No. 08-159 LKK. | October 16, 2010 |

| To | From |
|---|---|
| Hon. Lawrence K. Karlton<br>Ms. Ana Rivas | Russell L. Carlberg<br>Assistant United States Attorney |

The parties have successfully negotiated a plea agreement for defendant in the matter of <u>United States v. David Anthony Faboo</u>, Cr. No. S-08-159 LKK, which is currently set for trial on November 16, 2010. I have communicated with Ms. Rivas, who informed me that the Court had space available on its October 19, 2010, criminal calendar for a change-of-plea hearing and waiver of indictment. I have confirmed with defense attorney, Tim Zindel, that October 19, 2010, is agreeable. Accordingly, I respectfully request that the Court place on a change-of-plea hearing for defendant Faboo on calendar for **October 19, 2009, at 9:15 a.m..** A copy of the plea agreement and information has been lodged under separate cover.