BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

FILED

OCT 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-08-159 LKK |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2422(a) - Enticing Interstate Travel With Intent to Engage in Illegal Sexual Act |
| v. | |
| DAVID ANTHONY FABOO, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 2422(a) - Enticing Interstate Travel
             With Intent to Engage in Illegal Sexual Act.]

   The United States Attorney charges:   T H A T

                DAVID ANTHONY FABOO,

defendant herein, on or about February 24, 2008, date being approximate, did knowingly persuade, induce, and entice, a person to travel in interstate commerce to engage in a sexual act for which a person could be charged with a criminal offense, including but not limited to California Penal Code Section 261.5(c), and attempted to do so, all in violation of Title 18,

1

1 United States Code, Section 2422(a).

2
3                                       BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY
4
5   Oct. 19, 2010
                                   By: /s/ Russell L. Carlberg
6                                       RUSSELL L. CARLBERG
                                        Assistant United States Attorney
7

2