BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-08-159 LKK |
| ) | |
| Plaintiff, ) | GOVERNMENT'S SENTENCING |
| ) | MEMORANDUM |
| v. ) | |
| ) | |
| DAVID ANTHONY FABOO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States asks that the Court adopt the parties' Plea Agreement and sentence in accord with it: 84 months in custody, followed by 15 years of supervised release.  This is a sufficiently serious offense to merit substantial time under 18 U.S.C. § 3553(a).

On the night of February 23-24, 2008, David Faboo, then 37 years old, drove all night from Oregon to Wheatland, California. There, he took the minor victim from her family's home, knowing full well she was only 16 years old.  Faboo was not to be dissuaded by his roommate, who warned him not to do it.  PSR ¶ 11 Faboo told the roommate he didn't care if he went to jail.  Id.

1

1  Faboo acted in will violation fo the law.  Substantial time is
2  needed to protect the public and to deter Faboo him from acting
3  out again. 18 U.S.C. § 3553(a)(2)(A)&(B).
4       It is indisputable that Faboo intended to have sex with the
5  16 year old minor victim.  As Paragraph 13 of the PSR should
6  read:

> **A search of Faboo's vehicle revealed a bed in the back of the covered pickup truck. Underneath the bed was a box of chocolates in the shape of a red Valentine's heart.  In the cabin of the truck, within FABOO's reach, were located the following: condoms, a new, still-in-the-package "cock ring" sex toy, a vibrator, "KY" sex lubricant, and a new diamond ring that FABOO purchased from Fred Myer.**

12 It appears that the victim was recovered before Faboo could act.
13      Faboo inflicted a great deal of trauma on the victim and her
14 family.  The letter from the victim's father (lodged with the
15 Court) described how the victim was curled up in the fetal
16 position when her father was reunited with her.  She was unable
17 to return to school for a substantial period of time and was
18 placed on medication.  Resulting psychological strain has taken a
19 toll on the family as a whole.  The fact that the victim
20 disappeared the way she did has haunted her father and step-
21 mother.
22      It's not as if all of this was unforseen to Faboo.  He knew
23 the victim had a family.  After all, Faboo was not some misguided
24 romantic who knocked on the front door and introduced himself.
25 Nor did even call the main number at the house. Rather, reaching
26 out from another state, he engaged in surreptitious
27 communications with the victim.  Finally, he snuck into Wheatland
28 in the dead of night.  He understood the gravity of taking her

from her home because he understood he could go to jail.  Yet he took her anyway.  And he planned to have sex with her.

The sentence agreed by the parties accurately reflects the nature and seriousness of this offense.  18 U.S.C. § 3553(a)(2)(A).  The government respectfully asks that the Court adopt the Plea Agreement and sentence the defendant to 84 months in custody and 15 years of supervised release.

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY


Dated: Jan. 2, 2011            By:   /s/ Russell L. Carlberg
                                    RUSSELL L. CARLBERG
                                    Assistant United States Attorney
```